Cite as 2020 Ark. 280

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | **Opinion Delivered:** September 17, 2020 |

## PER CURIAM

The court reappoints Justice Robin F. Wynne, Arkansas Supreme Court, to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2023.